**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS LOY DIXON, | ) Case No.: 1:24-cv-0197 JLT EPG |
| Plaintiff, | )<br>) ORDER ADOPTING FINDINGS AND<br>) RECOMMENDATIONS IN FULL |
| v. | )<br>) (Doc. 32) |
| TRACTOR SUPPLY COMPANY, | ) |
| Defendant. | )<br>)<br>) |

Thomas Loy Dixon seeks to reopen his civil case, which was dismissed with prejudice on December 4, 2024, pursuant to the parties' stipulation. (Docs. 19, 20.) On December 29, 2025, the assigned magistrate judge issued Findings and Recommendations to deny Plaintiff's motion for relief from judgment. (Doc 32, *see* Doc. 21.)

The Court served the Findings and Recommendations on the parties, and notified them that any objections were due within 30 days, with any reply to the objections being due within 14 days thereafter. (*Id.* at 9.) Plaintiff filed objections on January 28, 2026, and Defendant replied to those objections on February 12, 2026. (Docs. 33, 34.)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, including the objections and reply to the objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1

1. The Findings and Recommendations issued on December 29, 2025 (Doc. 32) are **ADOPTED** in full.

2. Plaintiff's motion for relief from judgment (Doc. 21) is **DENIED**.

3. This case remains closed.

IT IS SO ORDERED.

Dated:   **February 14, 2026**                    _____
                                                 UNITED STATES DISTRICT JUDGE

2