# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS LOY DIXON,

        Plaintiff,

        v.

TRACTOR SUPPLY COMPANY,

        Defendant.

Case No.  1:24-cv-00197-JLT-EPG

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

(ECF No. 37)

    Plaintiff Thomas Loy Dixon has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 37). Plaintiff has made the requisite showing required by § 1915(a).

Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 37) is granted.

IT IS SO ORDERED.

Dated:   **March 17, 2026**

/s/ _Eric P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

1